IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:02CR14

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| VS. | ) | **O R D E R** |
|  | ) |  |
| SCOTT ALLEN GARRIS | ) |  |

**THIS MATTER** is before the Court *sua sponte* to continue the supervised release violation hearing from the October 30, 2006, calendar.

**IT IS, THEREFORE, ORDERED** that this case is continued from the October 30, 2006, calendar.

**IT IS FURTHER ORDERED** that the hearing is rescheduled for **WEDNESDAY, NOVEMBER 29, 2006, AT 2:00 PM,** at the U.S. Courthouse in Statesville, North Carolina.

Signed: October 23, 2006

Lacy H. Thornburg
United States District Judge